# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-0105 (02) |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| FERNELLIS JERMELL WOODS | |

## ORDER

Before the Court is a motion to terminate supervised release filed by the Defendant, Fernellis Jermell Woods. Record Document 252. Mr. Woods was initially sentenced to 135 months of imprisonment with 5 years of supervised release, which was subsequently reduced to 120 months with 5 years of supervised release. Record Document 243. Mr. Woods completed his term of imprisonment and has been on supervised release for thirty-two months.

The Court may terminate supervised release after one year with consideration of all relevant factors. 18 U.S.C. §§ 3583(e)(1); 18 U.S.C. § 3553(a); *United States v. Jeanes,* 150 F.3d 483, 484 (5th Cir. 1998). The Court must be "satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice." 18 U.S.C. § 3583(e)(1). In this case, the Court notes that Mr. Woods has been fully compliant with the terms of his supervision. He has been continually employed as a CDL driver since his release and has obtained additional driving credentials to improve his professional opportunities. He has maintained a stable home and social life and has remained drug-free as confirmed by drug screens. The Probation Office does not oppose

his request. Further, the Government does not object to the early termination of his supervised release.

The Court finds, after consideration of the 18 U.S.C. §§ 3553(a) factors, that Mr. Woods qualifies for early termination of his supervised release based on his positive conduct and in the interest of justice. Accordingly, Mr. Woods's motion [Record Document 252] is hereby **GRANTED**, and his supervised release is terminated.

**THUS DONE AND SIGNED**, this 3rd day of December, 2024.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE